UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. 04-10387-RGS |
| | ) |
| V. | ) COUNT ONE: |
| | ) 18 U.S.C. §922(g)(1): (Felon |
| | ) in Possession of a Firearm |
| | ) and Ammunition) |
| WILLIE DANCY | ) |

## INDICTMENT

COUNT ONE: 18 U.S.C. §922(g)(1)-Felon in Possession of a Firearm
          And Ammunition

The Grand Jury charges that:

On or about December 8, 2004 at Brockton in the District of Massachusetts,

WILLIE DANCY

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a North American Arms .22 magnum caliber, five shot revolver bearing serial number D10446, and two rounds of .22 magnum caliber rim fire Super X ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Marianne C. Hinkle
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 22, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12/22/04
(MS) 3:10

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Brockton                **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Willie Dancy          **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 80 Bartlett Street, Brockton, MA

**Birth date (Year only):** 1975  **SSN (last 4 #):** 6850  **Sex** M  **Race:** B  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Marianne C. Hinkle          **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Plymouth HC    ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  [1] Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Willie Dancy

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §922(g)(1) | Felon in Possession of A Firearm and Ammo | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**