```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10387-RGS |
| | ) | |
| WILLIE DANCY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY</u>**

I hereby give notice of my appearance for the United States of America in this matter <u>in lieu</u> of Assistant United States Attorney Marianne Hinkle, who, as of March 18, 2005, will no longer be employed by the U.S. Attorney's Office.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: March 8, 2005           (617) 748-3100
```

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                              Boston, Massachusetts
                                          March 8, 2005

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Stephen Hrones, Esq., HRONES & GARRITY, Lewis Wharf - Bay 232, Boston, MA 02110-3927.

```
                               /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
```