AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. WILLIE DANCY | **EXHIBIT AND WITNESS LIST** Case Number:  04-10387-RGS |
|---|---|

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY ANTOINETTE LEONEY | DEFENDANT'S ATTORNEY STEPHEN HRONES |
|---|---|---|
| TRIAL DATE (S) 3/10/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3/10/05 |  |  | SPC. AGENT SHEILA O'HARA for the govt. |
| 1 |  | 3/10/05 | X | X | Brockton Police Report dtd 12/8/2004 |
| 2 |  | 3/10/05 | X | X | Criminal History Record |
| 3 |  | 3/10/05 | X | X | Massachusetts State Police Gang Unit Supplemental Report |
| 4 |  | 3/10/05 | X | X | Brockton Police Criminal Complaint for offense committed 9/24/04 |
| 5 |  | 3/10/05 | X | X | Brockton Police Criminal Complaint for offense committed 10/1/04 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.