```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
          v.                 )CRIMINAL NO.  04-10387-RGS
                             )
WILLIE DANCY,                )
                             )
          Defendant.         )
```

**NOTICE OF WITHDRAWAL OF MARIANNE C. HINKLE**

I hereby give notice of my withdrawal for the United States of America in the above-captioned matter, in lieu of Assistant United States Attorney Antoinette E.M. Leoney, who, on or about March 8, 2005, filed her *Notice of Appearance* with the Court.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:   /s/Marianne C. Hinkle/AEL
                              MARIANNE C. HINKLE
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: March 14, 2005          (617) 748-3100
```

CERTIFICATE OF SERVICE

```
Suffolk, ss.                           Boston, Massachusetts
                                       March 14, 2005
```

I, Marianne C. Hinkle, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by regular mail, to Stephen Hrones, Esq., HRONES & GARRITY, Lewis Wharf - Bay 232, Boston, MA 02110-3927.

```
                               /s/Marianne C. Hinkle/AEL
                              MARIANNE C. HINKLE
```