UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO.  04-10387-RGS |
| ) | |
| WILLIE DANCY, ) | |
| ) | |
| Defendant.   ) | |

**JOINT INITIAL STATUS MEMORANDUM**

    Pursuant to Local Rule 116.5(A), the parties hereby submit this Joint Initial Status Report to advise the Court of the following:

1. Government's disclosure of automatic discovery was just submitted on April 11, 2005.[1] Defendant has requested additional discovery both orally and by letter, which the government has taken under consideration. As such, the parties have not yet been able to assess whether any letters requesting discovery and/or motions for discovery will need to be filed. Therefore, the parties seek relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

2. The defendant and government seek discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16(a)(1)(G). The government has agreed to provide the defendant with discovery concerning any expert witnesses twenty-eight (28) days before trial, and the defendant has agreed to provide the government with any reciprocal discovery concerning expert witnesses within fourteen (14) days of trial as required under Fed. R. Crim. P. 16(b)(1)(C).

3. Although the government has provided the defendant with all documents and other discoverable materials in this case pursuant to automatic discovery, the government may receive additional discoverable information, which

---

[1] The actual due date for disclosure of the government's automatic discovery was April 7, 2005. However, due to other pressing matters, the government sought a four-day extension for compliance, for which counsel for the defendant gave his assent.

      it will turn over to the defense. Additionally, the defendant does not presently have any discoverable information, but pursuant to their agreement to provide reciprocal discovery, will provide the government with any such information received in the future.

4. The defendant does not anticipate filing any motion, and, therefore, the parties do not request that the Court establish a motion date under Fed. R. Crim. P. 12.

5. The parties also request that the period between March 10, 2005 (date of arraignment) and the date of the next scheduled Status Conference be excluded under the Speedy Trial Act.

6. At the time of this writing, the parties have not yet been able to assess whether a trial will be necessary in this case.

7. The parties request that an Interim Status Conference be scheduled for a date in late May, 2005.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | WILLIE DANCY, |
| United States Attorney | Defendant |

By: /s/Antoinette E.M. Leoney   /s/Stephen Hrones/AEL
    ANTOINETTE E.M. LEONEY       Stephen Hrones, Esq.
    Assistant U.S. Attorney       Hrones, Garrity & Hedges, LLP
    1 Courthouse Way, Suite 9200  Lewis Wharf - Bay 232
    Boston, MA 02210              Boston, MA 02110-3927
    (617) 748-3103                (617) 227-4019

Dated:   April 21, 2005