UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            V.                      )       Criminal No. 04-10387-RGS
                                    )
                                    )
WILLIE DANCY,                       )
                                    )
            Defendant.              )

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM MAY 26, 2005 THROUGH JULY 6, 2005,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on May 26, 2005 (date of interim status conference), and concluding on July 6, 2005(date of final status conference).

As grounds therefor, the undersigned states that the parties have sought, and the Court has granted this day, additional time for defense counsel (who has been unavailable for several weeks due to illness) to confer with the defendant and to confirm whether counsel will likely file any dispositive motions.

WHEREFORE, the parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the

requested exclusion, and that said exclusion outweighs the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude all time, **commencing on May 26, 2005, and concluding on July 6, 2005**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

Counsel for the defendant, Jessica Hedges, Esq., for Stephen Hrones, Esq., assented to this motion in open Court during the Interim Status Conference held this day.

                                MICHAEL J. SULLIVAN
                                United States Attorney
                    By:


                                 /s/Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
                                Assistant U.S. Attorney
                                (617) 748-3103

Dated:   May 26, 2005


                     CERTIFICATE OF SERVICE

     This is to certify that I have this day served upon the
person listed below a copy of the foregoing document electronic
court filing and/or regular mail:

     Stephen Hrones, Esq.
     Jessica Hedges, Esq.
     Hrones, Garrity & Hedges, LLP
     Lewis Wharf - Bay 232
     Boston, MA 02109

     This 26th day of May, 2005.


                                 /s/Antoinette E.M. Leoney
                                ANTOINETTE E.M. LEONEY
                                Assistant U.S. Attorney