UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10387-RGS |
| | ) | |
| WILLIE DANCY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT FINAL STATUS MEMORANDUM UNDER LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties hereby submit this Joint Final Memorandum to address issues relative to the progress of this case.

1.  There are no anticipated discovery issues to be resolved by the Court.

2.  Although the government has provided the defendant with all documents and discoverable materials in this case, the government may receive additional discoverable information, which it will turn over to the defense.

    Additionally, the defendant does not presently have any discoverable information, but pursuant to her agreement to provide reciprocal discovery, will provide the government with any such information received in the future.

3.  The defendant does not plan to present a defense of insanity.

4.  The government has requested notice of an alibi; the defendant does not intend to offer a defense of alibi.

5.  The defendant has not filed, and does not intend to file, any motion to sever, dismiss or suppress, or any other motion requiring a ruling by the District Court before trial.

6.  The parties do not believe any schedule needs to be set concerning any matter in the case other than a trial date.

7.  Due to the recent illness of defense counsel, to date

there have been no discussions regarding the possibility of an early resolution of the case without a trial.  However, the parties expect to commence these discussions over the next couple of weeks.

8.  This Court previously excluded the time period from March 10, 2005 (date of arraignment) through July 6, 2005 (date of the final status conference), leaving zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

9.  The parties estimate that the trial will last a total of 5-7 days.


Respectfully submitted,

MICHAEL J. SULLIVAN           WILLIE DANCY,
United States Attorney        Defendant


By:  /s/Antoinette E.M. Leoney    /s/Stephen Hrones/AEL
     ANTOINETTE E.M. LEONEY        Stephen Hrones, Esq.
     Assistant U.S. Attorney       Hrones, Garrity & Hedges, LLP
     1 Courthouse Way, Suite 9200  Lewis Wharf - Bay 232
     Boston, MA 02210              Boston, MA 02110-3927
     (617) 748-3103                (617) 227-4019



Dated:   June 30, 2005