# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10387-RGS

UNITED STATES OF AMERICA

v.

WILLIE DANCY

## *FINAL STATUS REPORT*

July 7, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm and ammunition, was returned on December 22, 2004;

2. The defendant was arraigned on the Indictment on March 10, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to ten witnesses and that the trial would last approximately one week;

5. Counsel for the defendant has indicated the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, the parties have agreed to exclude the time through July 6, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge