UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-010387-RGS |
| v. ) | |
| ) | |
| WILLIE DANCY, ) | |
|     Defendant ) | |
| ) | |

**DEFENDANT DANCY'S OPPOSITION TO THE GOVERNMENT'S REQUEST FOR A DENIAL OF HIS MOTION TO SUPPRESS AND THE DEFENDANT'S MOTION TO ENLARGE TIME FOR FILING HIS MEMORANDUM**

Now comes the Defendant, Willie Dancy, and hereby requests that this Court deny the Government's motion requesting a denial of the Defendant's motion to suppress and request for a hearing. Moreover, the Defendant moves for an enlargement of time to file his memorandum until today, August 8, 2005. As grounds therefore, the Defendant states the following:

1. The memorandum in support of the motion to suppress evidence was completed by the Court's deadline.

2. Due to an intra-office miscommunication, the memorandum was not filed.

3. The memorandum is now filed.

4. This Court should consider the memorandum and deny the Government's motion in the interests of justice.

                                          Respectfully Submitted,
                                          The Defendant William Dancy,
                                          By his attorneys,

                                          //S//Stephen Hrones
                                          Stephen Hrones (BBO No. 242860)

DATED: August 8, 2005          Jessica D Hedges (BBO No. 645847)
                               HRONES, GARRITY & HEDGES LLP
                               Lewis Wharf -- Bay 232
                               Boston, MA  02110-3927
                               T)617/227-4019


## CERTIFICATE OF SERVICE

    I, Stephen Hrones, hereby certify that, on this the 8th day of August, 2005, I caused to be served a copy of the foregoing DEFENDANT DANCY'S OPPOSITION TO THE GOVERNMENT'S REQUEST FOR A DENIAL OF HIS MOTION TO SUPPRESS AND THE DEFENDANT'S MOTION TO ENLARGE TIME FOR FILING HIS MEMORANDUM, where unable to do so electronically, via United States First-Class Mail, postage prepaid to all counsel of record in this matter.


                               //S//Stephen Hrones
                               Stephen Hrones