UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                          )<br>         V.               )<br>                          )<br>                          )<br> WILLIE DANCY,            )<br>                          )<br>         Defendant.       ) | Criminal No. 04-10387-RGS |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE
GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

The government respectfully moves for an extension of time within which to file its opposition to the defendant's motion to suppress evidence, the memorandum of law of which was filed on or about August 8, 2005. [*See* Dkt #20, 21]. The government's opposition is required to be filed 14 days thereafter - on or about August 22, 2005. The government, however, requests an extension from the applicable time requirements, until September 9, 2005 to file its response.

As grounds therefor, the government states, that it needs the additional time due to vacation plans, a heavy workload, and other more immediate pressing matters requiring the undersigned's attention.

WHEREFORE, the government respectfully requests that the Court grant it **until September 9, 2005** to file its opposition to the defendant's motion to suppress evidence.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney
                              By:
                                    /s/Antoinette E.M. Leoney
                                   ANTOINETTE E.M. LEONEY
Date: August 22, 2005              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            August 22, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Stephen Hrones, Esq., Jessica Hedges, Esq., Hrones, Garrity & Hedges, LLP, Lewis Wharf - Bay 232, Boston, MA 02109.


                                           /s/Antoinette E.M. Leoney
                                           ANTOINETTE E.M. LEONEY
                                           Assistant U.S. Attorney