```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )    CRIMINAL NO. 04-10387-RGS
        v.                    )
                              )
                              )
WILLIE DANCY,                 )
                              )
        Defendant.            )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE TWO EXCESS
PAGES TO GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION
<u>TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE</u>**

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file two (2) excess page to its Memorandum of Law in Opposition to Defendant's Motion to Suppress Evidence.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN,
                              United States Attorney

                       By:
                               /s/Antoinette E.M. Leoney
                              Antoinette E.M. Leoney
                              Assistant U.S. Attorneys
                              Joseph J. Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: September 9, 2005       (617) 748-3100
```

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronic court filing:

Stephen Hrones, Esq.

Jessica Hedges, Esq.
Hrones, Garrity & Hedges, LLP
Lewis Wharf - Bay 232
Boston, MA 02109

This 9th day of September, 2005.

                                        /s/Antoinette E.M. Leoney
                                       ANTOINETTE E.M. LEONEY
                                       Assistant U.S. Attorney