UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.            CRIMINAL NO. 04-10387-RGS

WILLIE DANCY

# NOTICE OF HEARING

STEARNS, DJ.           SEPTEMBER 14, 2005

AN EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS IS HEREBY SCHEDULED FOR:

TUESDAY, NOVEMBER 15, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                              RICHARD G. STEARNS
                              UNITED STATES DISTRICT JUDGE

    BY:

                              /s/ Mary H. Johnson
                              Deputy Clerk