UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
v.                                )  DOCKET NO. 04-10387-RGS
   William Dancy                  )
                                  )

**MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY**

NOW COMES the Defendant, William Dancy, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓)  Disagreement on strategy;

( )  Failure to obtain a bail appeal;

(✓)  Lack of understanding between me and my attorney;

(✓)  Failure to present my best interests;

( )  Other:

_Failure to bring up issue I was concerned with at motion to suppress_

_Also failure to have turret tape played at motion to suppress_

Date: Jan. 12, 2006

cc: U.S. Attorney's Office
    Stephen Ahrones, Esq

Respectfully submitted,

Willie Dancy, Pro Se
26 Long Pond Road
Plymouth, MA 02360