UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )   Crim. No. 04-010387-RGS<br>v.   )<br>  )<br>WILLIE DANCY,   )<br>    Defendant   )<br>  ) | |

**MOTION TO WITHDRAW**

Now comes Stephen Hrones, court-appointed counsel in the above-captioned matter, and respectfully requests that this Honorable Court allow him to withdraw as counsel for the defendant. As grounds therefore, Attorney Hrones states that there has been an irretrievable breakdown to the attorney-client relationship. In addition, the defendant has submitted a motion requesting the appointment of a new attorney.

Respectfully Submitted,

//s// Stephen Hrones
Stephen Hrones (BBO No. 242860)
HRONES, GARRITY & HEDGES LLP
Lewis Wharf -- Bay 232
Boston, MA  02110-3927
(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that, on this the 20th day of January, 2006, I caused to be served a copy of the foregoing MOTION TO WITHDRAW, where unable to do so electronically, via postage prepaid first-class mail to counsel of record.

//s// Stephen Hrones

Stephen Hrones