```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )    CRIMINAL NO. 04-10387-RGS
        v.                  )
                            )
                            )
WILLIE DANCY,               )
                            )
        Defendant.          )
```

**GOVERNMENT'S MOTION TO SCHEDULE FURTHER STATUS CONFERENCE
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion to request that the Court schedule a further status conference in this matter, and for an order on excludable delay. As grounds therefor, the government states as follows:

1. A status conference was held on May 31, 2006. At that time, Counsel for the defendant, Oscar Cruz, Esq., advised the Court that he had had extensive conversations with the defendant, and that in light of those conversations, he had made a written request to the government for additional discovery. Attorney Cruz also advised the Court that he may want to supplement the earlier suppression hearing by bringing in some of the government's witnesses. The Court granted the government until June 14, 2006 to respond to Defendant's request for discovery. The Court also asked that Attorney Cruz file a status report [or a motion] by June 30, 2006 regarding the status of his discovery

request and how he wished to proceed if he wishes to supplement the suppression hearing.

    2.   The government has responded to Defendant's request for additional discovery, and discovery is now complete.

    3.   Notwithstanding, Attorney Cruz has not yet filed the required status report [or motion] that was due to be filed on June 30, 2006.

    4.   This Court had previously entered Orders on Excludable Delay from March 21, 2006 through May 15, 2006, and from May 15, 2006 through June 30, 2006. That time has now expired, and the Speedy Trial Clock is presently running.

    WHEREFORE, the government respectfully requests that the Court schedule a further status conference in this case, and, in the interest of justice, exclude all of the time from June 30, 2006 through the next scheduled status conference date.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:
  /s/Antoinette E.M. Leoney
Antoinette E.M. Leoney
Assistant U.S. Attorney
Joseph J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103

Date: July 27, 2006

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                Boston, Massachusetts
                                            July 27, 2006

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served by electronic court filing a copy of the foregoing to Oscar Cruz, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02110.

                                        <u>/s/Antoinette E.M. Leoney</u>
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney