UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
      V.                    )    Criminal No. 04-10387-RGS
                            )
WILLIE DANCY,               )
                            )
      Defendant.            )

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM AUGUST 28, 2006 THROUGH SEPTEMBER 25, 2006,
AND FOR AN ORDER ON EXCLUDABLE DELAY**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on August 28, 2006 (date of further status conference), and concluding on September 25, 2006 (date of further suppression hearing date).

As grounds therefor, the undersigned states that the defendant has sought, and the Court has granted this day, further hearing on his motion to suppress evidence to supplement the record.

WHEREFORE, the government respectfully requests, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice are served by granting the requested exclusion, and that said exclusion

outweighs the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude all time, **commencing on August 28, 2006, and concluding on September 25, 2006**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

    Counsel for the defendant, Oscar Cruz, Esq., assented to this motion in open Court during the Further Status Conference held this day.

```
                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                              By:

                                         /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney
Dated:   August 28, 2006                (617) 748-3103
```

## CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                              August 28, 2006

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing notice, upon Oscar Cruz, Esq., Federal Defender Office, Boston, MA 02210.

```
                                         /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY
                                        Assistant U.S. Attorney
```