UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>WILLIE DANCY )<br>) | CRIMINAL NO. 04-10387-RGS |

ASSENTED TO MOTION TO CONTINUE HEARING DATE
AND ORDER REGARDING EXCLUDABLE DELAY

The defendant in this matter respectfully requests a continuance of the evidentiary motion hearing in this case that is currently scheduled for September 25, 2006. As reason therefore, defense counsel states that he requires some additional time to discuss the suppression hearing in this case with Mr. Dancy and to hopefully come to an agreement regarding the most efficient manner in which to supplement the evidence, which the court will consider in that regard.

Defense counsel has discussed this request for a continuance of the hearing date with Assistant United States Attorney Antoinette Leoney. She has expressed that she would not object to the granting of this continuance. In discussing potential dates with Ms. Leoney, defense counsel respectfully proposes that the hearing be continued to November 7, 2006. The defendant does not object to the exclusion of time for speedy trial purposes from September 25, 2006 to the new hearing date on November 7, 2006.

                                          WILLIE DANCY
                                        By his attorney,

                                        /s/Oscar Cruz, Jr.
                                        Oscar Cruz, Jr.
                                            B.B.O. #630813
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

## CERTIFICATE OF SERVICE

      I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney Antoinette Leoney, as identified on the Notice of Electronic Filing (NEF) on September 22, 2006.

                                        /s/Oscar Cruz, Jr.
                                        Oscar Cruz, Jr.