UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10387–RGS |
| ) | |
| WILLIE DANCY ) | |

ASSENTED-TO MOTION TO ENLARGE TIME FOR
FILING SUPPLEMENTAL MEMORANDA

    Defendant, Willie Dancy, respectfully moves that this Court enlarge the time for him to file a supplemental memorandum in support of his Motion to Suppress Evidence from November 27, 2006 until December 11, 2006.

    As grounds for this motion, defense counsel states that he received a communication from Mr. Dancy on November 27, 2006 requesting that certain information he provided be incorporated into the final draft of the memorandum of law that will be submitted to Court . Defense counsel will not need additional time beyond the date requested as all the necessary materials, including all pertinent hearing transcripts, are now in his possession.

    Assistant U.S. Attorney Antoinette Leoney has stated that she assents to this motion. Counsel agree that the time from November 27, 2006 until December 11, 2006 should be excluded under the Speedy Trial Act.

    WILLIAM DANCY
    By his attorney,

    /s/Oscar Cruz, Jr.

    Oscar Cruz, Jr.
      B.B.O. # 630813
    Federal Defender Office
    408 Atlantic Ave., 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

<u>                            Certificate of Service</u>

  I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 28, 2006.

                <u>/s/ Oscar Cruz, Jr.</u>
                Oscar Cruz, Jr.