**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

December 11, 2006

Mary Johnson
Courtroom Clerk to the Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      **RE: United States v. Willie Dancy**
         **Criminal No. 04-10387-RGS**

Dear Ms. Johnson,

  Enclosed please find a copy of a Brockton Police Department turret tape that I referenced prior to the closing of the evidence in the suppression hearing that was held in this case on November 7, 2006. As I told Judge Stearns at that time, I did not physically have this in my possession on November 7, 2006 so I could not submit this as an exhibit at that moment. I explained to Judge Stearns that I had given the copy of the tape to Mr. Dancy for his review at Plymouth and that I would be retrieving it from him in order to submit it for consideration with my supplemental memorandum in the suppression hearing. I spoke to AUSA Leoney about this and her position is that she does not object to the tape being considered by the Court as long as it is the same tape she originally turned over to the defense by way of discovery. I am representing to the Court that it is the same tape and that it has not been altered in any way.

  Thank you for your assistance in this matter.

              Sincerely,

              /s/Oscar Cruz, Jr.
              Oscar Cruz, Jr.
              Assistant Federal Defender

OC/bab
Enclosure
cc: AUSA Leoney