```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          V.                  )    Criminal No. 04-10387-RGS
                              )
                              )
WILLIE DANCY,                 )
                              )
          Defendant.          )
```

**ASSENTED-TO-MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE ITS RESPONSE TO DEFENDANT'S
POST-HEARING MEMORANDUM IN SUPPORT OF
<u>DEFENDANT'S MOTION TO SUPPRESS EVIDENCE</u>**

The government respectfully moves for an extension of time within which to file its response to Defendant's post-hearing memorandum in support of defendant's motion to suppress evidence, which was filed on or about December 11, 2006. [*See* Dkt #37]. The government's response is due by December 29, 2006. The government, however, requests an extension until January 12, 2007, to file its response.

As grounds therefor, the government states that the defendant had sought and obtained a two week extension to file his post-hearing memorandum, which appears fairly lengthy. In order to prepare its response, the government needs sufficient time to review the record and suppression hearing transcripts and exhibits. Given the upcoming Christmas and New Year holiday schedule and the fact that undersigned counsel will be out of the Commonwealth due training obligations the first week in January 2007, counsel is unable to meet the court-imposed deadline of December 29, 2006.

Counsel for Defendant, Oscar Cruz, has given his assent to this motion

WHEREFORE, the government respectfully requests that the Court grant it **until January 12, 2007**, to file its response to the defendant's post-hearing memorandum in support of defendant's motion to suppress evidence.

The government also respectfully requests that the Court exclude the time from November 27, 2006 through January 12, 2007 from the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/Antoinette E.M. Leoney
       ANTOINETTE E.M. LEONEY
Date: December 18, 2006        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                   Boston, Massachusetts
                               December 18, 2006

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic court notice to Oscar Cruz, Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

   /s/Antoinette E.M. Leoney
   ANTOINETTE E.M. LEONEY
   Assistant U.S. Attorney