UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10387-RGS |
| | ) | |
| WILLIE DANCY | ) | |
| | ) | |

ASSENTED TO MOTION TO CONTINUE TRIAL DATE
AND ORDER REGARDING EXCLUDABLE DELAY

The defendant in this matter respectfully requests a continuance of the trial in this case that is currently scheduled for November 26, 2007. As reason therefore, defense counsel states that he had previously scheduled a vacation involving travel for the week of November 19, 2007. In addition, defense counsel is set to start a trial in the case of United States v. Robert Mittel-Carey, No. 05-10335-WGY, on December 3, 2007.

Defense counsel has discussed this request for a continuance of the trial date with Assistant United States Attorney Antoinette Leoney. She has expressed that she would not object to the granting of this continuance. In discussing potential dates with Ms. Leoney, defense counsel respectfully proposes that the trial be continued to a date in mid to late January of 2008. The defendant does not object to the exclusion of time for speedy trial purposes from September 25, 2007 to the new trial date in January of 2008.

        WILLIE DANCY
By his attorney,

   /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

_____I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney Antoinette Leoney, as identified on the Notice of Electronic Filing (NEF) on September 27, 2007.

   /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.