UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )   CRIMINAL NO. 04-10387-RGS
    v.                      )
                            )
WILLIE DANCY,               )
                            )
    Defendant.              )

### GOVERNMENT'S TRIAL WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief and reserves the right to supplement said list on or before the day of trial:

1. Officer Mark Reardon
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

2. Detective Michael Cesarini
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

3. Trooper Frank Walls
   Massachusetts State Police
   485 Maple Street
   Danvers, MA 01923

4. Officer Thomas Hyland
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

5.  Lieutenant Mark Kiley
    Massachusetts State Police
    Norfolk County District Attorney
    1515 Hancock Street
    Quincy, MA 02169

6.  Officer Scott Wilbur
    Brockton Police Department
    7 Commercial Street
    Brockton, MA 02302

7.  Lieutenant Robert DiBari
    Brockton Police Department
    7 Commercial Street
    Brockton, MA 02302

8.  Trooper Erik Telford
    Massachusetts State Police
    485 Maple Street
    Danvers, MA 01923

9.  Trooper Michael R. Arnold
    Massachusetts State Police
    Firearms Identification Unit
    Ballistics Section
    124 Acton Street
    Maynard, MA 01754

10. Special Agent Stephanie D'Andrea
    U.S. Bureau of Alcohol, Tobacco
      Firearms & Explosives
    10 Causeway Street, Room 701
    Boston, MA 02222

11. Trooper David R. Mackin
    Massachusetts State Police
    Crime Scene Services
    Latent Print Unit
    326 West Grove Street
    Middleboro, MA 02346

12. Special Agent Sheila O'Hara
    U.S. Bureau of Alcohol, Tobacco
       Firearms & Explosives
    10 Causeway Street, Room 701
    Boston, MA 02222

                                                    Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                   By:

                                                  /s/Antoinette E.M. Leoney
                                                  ANTOINETTE E.M. LEONEY
                                                  Assistant U.S. Attorney
Date: January 25, 2008                  (617) 748-3103

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                 Boston, Massachusetts
                                             January 25, 2008

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing, upon Oscar Cruz, Jr., Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

                                                  /s/Antoinette E.M. Leoney
                                                  ANTOINETTE E.M. LEONEY
                                                  Assistant U.S. Attorney