```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 04-10387-RGS
        v.                  )
                            )
WILLIE DANCY,               )
                            )
        Defendant.          )
```

**GOVERNMENT'S ESTIMATE OF THE PROBABLE LENGTH OF THE TRIAL**

Based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily, the government estimates the probable length of the trial in this case to be 3 -4 days.

```
                             Respectfully submitted,

                             MICHAEL J. SULLIVAN
                             United States Attorney

                        By:
                             /s/Antoinette E.M. Leoney
                             ANTOINETTE E.M. LEONEY
                             Assistant U.S. Attorney
Date: January 25, 2008       (617) 748-3103
```

**CERTIFICATE OF SERVICE**

Suffolk, ss.                      Boston, Massachusetts
                                  January 25, 2008

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing, by electronic court filing, upon Oscar Cruz, Jr., Esq., Federal Defender's Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

```
                             /s/Antoinette E.M. Leoney
                             ANTOINETTE E.M. LEONEY
                             Assistant U.S. Attorney
```