UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10387-RGS |
| | ) | |
| WILLIE DANCY | ) | |
| | ) | |

<u>DEFENDANT'S MOTION FOR SEQUESTRATION ORDER</u>

Defendant, Willie Dancy, moves that this Court, pursuant to Fed. R. Evid. 615, order that the witnesses be excluded from the courtroom so that they cannot hear the testimony of other witnesses. Defendant further requests that this Court order the prosecution, through Assistant United States Attorney Antoinette Leoney, to instruct its witnesses that during the trial (1) they may not discuss their testimony with each other, and (2) they may not discuss with anyone the testimony of any other witness who has testified or who will testify.

WILLIE DANCY
By his attorney,

 /s/Oscar Cruz, Jr.
Oscar Cruz, Jr.
 B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

_____I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney Antoinette Leoney, as identified on the Notice of Electronic Filing (NEF) on January 28, 2008.

                                                       /s/Oscar Cruz, Jr.
                                                       Oscar Cruz, Jr.