UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10387-RGS |
| | ) | |
| WILLIE DANCY | ) | |

NOTICE OF APPEARANCE

Undersigned counsel, Catherine K. Byrne, hereby files her appearance on behalf of defendant Willie Dancy.

/s/ Catherine K. Byrne

Catherine K. Byrne
B.B.O. # 543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 26, 2008.

/s/ Catherine K. Byrne

Catherine K. Byrne