UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10387-RGS |
| | ) | |
| WILLIE DANCY | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

Defendant, Willie Dancy, respectfully moves that this Court, continue the trial date presently scheduled for September 22, 2008 to October 20, 2008. As reason therefore counsel needs additional time to investigate the case and prepare for trial. In addition, co-counsel Catherine Byrne is unavailable to start trial on September 22, 2008.

WILLIE DANCY
By his attorneys,

/s/ Oscar Cruz, Jr.

Oscar Cruz, Jr.
 B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

/s/ Catherine K. Byrne

Catherine K. Byrne
 B.B.O. # 543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Assistant United States Attorney Antoinette Leoney, as identified on the Notice of Electronic Filing (NEF) on June 26, 2008.

/s/ Oscar Cruz, Jr.

Oscar Cruz, Jr.